UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., on behalf of its ITW GLOBAL BRANDS division, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| -v- | ) ) |
| RUST-OLEUM CORPORATION and WIPE NEW, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 4:17-cv-02084

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, Illinois Tool Works Inc., on behalf of its ITW Global Brands division, hereby voluntarily dismisses, without prejudice, the claims in this action against Defendant Wipe New, LLC.

Dated: September 18, 2017         Respectfully submitted,

/Kristine Bergman/
**PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP**

Bradley L. Cohn (admitted *pro hac vice*)
blc@pattishall.com
Ashly I. Boesche (admitted *pro hac vice*)
aib@pattishall.com
Kristine A. Bergman (admitted *pro hac vice*)
kab@pattishall.com
200 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone:  (312) 554-8000
Facsimile:  (312) 554-8015

- AND -

**ANDREWS KURTH KENYON LLP**

Michael D. Morfey (Attorney-In-Charge)
Texas Bar No. 24007704
Southern District Bar No. 23842
michaelmorfey@andrewskurth.com
Michele R. Blythe
Texas Bar No. 24043557
Southern District Bar No. 875151
micheleblythe@andrewskurth.com
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-4200
Facsimile:  (713) 220-4285

*Attorneys for Plaintiff Illinois Tool Works Inc., on behalf of its ITW Global Brands division*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Southern District of Texas by using the CM/ECF system and that service will accomplished through that system.

*/Kristine Bergman/*