United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Illinois Tool Works, | § | |
| | § | |
| V. | § | Civil Action No. H-17-2084 |
| | § | |
| Rust-Oleum, | § | |
| | § | |

### ORDER

The jury in the captioned case having retired to deliberate at 1:00 p.m., on July 23, 2018, and the foreperson having advised the Court that the jury will continue its deliberations, the Clerk is hereby

ORDERED to provide the jury and with their lunchtime meal on this date.

This Order shall be directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED at Houston, Texas, on July 23, 2018.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE